# Exhibit 2

**Promissory Note**

## PROMISSORY NOTE and FUTURE ADVANCE

$12,000.00                                                                                           Kalamazoo, Michigan
                                                                                                         June 29, 2019

For value received, the undersigned, **CHRISTINE SKANDIS** (the "Maker") of 539 West South Street, Kalamazoo, Michigan 49007, promises to pay to the order **of DePERNO LAW OFFICE, PLLC** ("Payee") at 951 W. Milham Avenue, Portage, Michigan 49024, or such other place as the Payee may designate by written notice to the Maker, the principal sum of TWELVE THOUSAND and 00/100 ($12,000.00) Dollars, plus all future advances made by Payee, together with interest thereon at the rate of Five and 00/100 (5.00%) Percent per annum until this Note is paid in full. Principal and interest shall be paid in monthly installments of ONE THOUSAND FIVE HUNDRED and 00/100 ($1,500.00) Dollars commencing on August 1, 2019 and continuing on the same day of each month thereafter. Each payment shall be applied first to interest and the balance to principal. Maker may prepay the Note at any time.

In the event of any failure by Maker to pay any installment due hereunder within ten (10) days after the monthly due date, the indebtedness due hereunder shall be deemed a default hereunder and, upon the occurrence of any such default, the entire remaining balance due hereunder (including all interest that would otherwise accrue over the term of the Note) shall, at the option of the holder and without notice, become immediately due and payable. All expenses and attorneys' fees incurred by the holder in connection with collection of said indebtedness in any court proceedings shall be the obligation of and paid by the Maker.

Any failure by Payee to exercise this option shall not constitute a waiver of the right to exercise the same at a future date. No delay or omission on the part of the Payee in exercising any right hereunder shall operate as a waiver of such right or of any other right under this Note. A waiver on any one occasion shall not be construed as a bar in, or a waiver of, any such right on any future occasion.

The Payee, at its option, may extend the time for payment of this Note or any installment thereof, or reduce the payment thereof, or accept a renewal Note or Notes therefor; and any such extension, reduction or renewal shall not relieve the undersigned from any liability hereunder.

This Note shall be binding upon the Maker, his respective heirs, legal representatives, successors and assigns, and shall inure to the benefit of the holder, his heirs, legal representatives, successors and assigns.

Protest, presentment, demand and notice of non-payment are hereby waived by the Maker.

Dated: June 29, 2019                                   _____
                                                                            Christine Skandis