UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:
CHRISTINE SKANDIS

Debtor

Case No.: 19-05319-jtg
Date Filed: 12/26/2019
Chapter 13
Honorable John T. Gregg

_____/

### DePERNO LAW OFFICE, PLLC'S OBJECTION TO DETBTOR'S SUPPLEMENTAL RESPONSE [Dkt. No. 166] and EXHIBITS [Dkt. Nos. 167, 1687, 169]

NOW COMES creditor DePerno Law Office, PLLC, by Matthew S. DePerno and objects to Debtor's late filed *Supplemental to Debtor's Response and Objection to Trustee's Motion for Summary Dispostion* [Dkt. No. 166] and late filed Exhibits [Dkt. Nos. 167, 168, 169] for the following reasons:

1. The court's Notice of Telephonic Hearing [Dkt. No. 144] stated that Debtor shall file a response to the motion by no later than May 4, 2020.

2. Debtor filed a response on May 4, 2020 [Dkt. No. 162] with special permission to file by alternate means [Dkt. No. 163].

3. Debtor then filed a supplemental response on May 6, 2020 [Dkt. No. 163] and also filed three late exhibits [Dkt. Nos. 167, 168, 169].

4. Debtor filed no motion for leave to file a supplemental response, a late response, or late exhibits as required by the court rules. .

For the reasons set forth above, DePerno Law Office objects to the late filed supplemental response and exhibits identified above.

                                                Respectfully submitted

                                                DePERNO LAW OFFICE, PLLC

Dated: May 7, 2020                       */s/ Matthew S. DePerno*
                                                Matthew S. DePerno (P52622)
                                                951 W. Milham Avenue
                                                PO Box 1595
                                                Portage, MI 49081
                                                (269) 321-5064
                                                matthew@depernolaw.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:
CHRISTINE SKANDIS

Debtor

Case No.:        19-05319-jtg

Date Filed:     12/26/2019

Chapter 13

Honorable John T. Gregg

## PROOF OF SERVICE

The undersigned certifies that a copy of this Concurrence was served on Debtor who is proceeding *pro se* via electronic mail at Skandis@umich.edu and christinecourt1@gmail.com. This Concurrence was also sent via first class mail to Debtor at 312 Hoffman Street, Saugatuck, MI 49453. This notice was also filed electronically and served on the Trustee and all parties with an interest in this matter.

Dated: May 7, 2020

*/s/ Matthew S. DePerno*
Matthew S. DePerno (P52622)
951 W. Milham Avenue
PO Box 1595
Portage, MI 49081
(269) 321-5064
matthew@depernolaw.com

3