UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:                                                                                     Case No. GK 19-05319-jtg

CHRISTINE SKANDIS,                                                          Chapter 7

　　　　　　　　　　Debtor.                                             Hon. John T. Gregg
_____/

## ORDER STRIKING OBJECTION TO CLAIM NO. 8-2
## FILED BY DEPERNO LAW OFFICE, PLLC

　　　　On May 4, 2020, Christine Skandis, the debtor in the above-captioned case (the "Debtor"), filed an objection [Dkt. No. 159] (the "Objection") to proof of claim no. 8-2 filed by DePerno Law Office, PLLC. The Objection was filed only a few weeks before the court issued an order converting the Debtor's case from chapter 13 to chapter 7 [Dkt. No. 203].

　　　　On May 6, 2020, the Clerk defected the Objection in a notice posted on the docket [Dkt. No. 165] and served on the Debtor [Dkt. No. 175]. *See* LBR 5005-2. The notice informed the Debtor that the Objection would need to be refiled because the notice of opportunity to object used by the Debtor failed to contain the address of the court for purposes of filing responses to the Objection. To date, the Debtor has taken no corrective action. The court has therefore decided to strike the Objection without prejudice to any party.[1]

　　　　IT IS HEREBY ORDERED that the Debtor's objection to the claim No. 8-2 of DePerno Law Office, PLLC is stricken.

　　　　IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order pursuant to Fed. R. Bankr. P. 9022 and LBR 5005-4 on the Debtor, Jeff A. Moyer, Esq., DePerno Law Office, PLLC and the United States Trustee.

　　　　　　　　　　　　　　　　[END OF ORDER]

---

[1] The Debtor may renew the Objection. However, the court may have questions at that time regarding the Debtor's standing given that this is a chapter 7 case.

Signed: October 30, 2020




John T. Gregg
United States Bankruptcy Judge